

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00034-CV

D'JUNA LEBLANC, Appellant

V.

KENNETH PALMER, Appellee

Appeal from the 75th District Court of Liberty County. (Tr. Ct. No. CV1205576).

This case is an appeal from the final judgment signed by the trial court on September 5, 2014. The Supreme Court of Texas transferred the appeal from the Court of Appeals for the Ninth District of Texas to this Court. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, D'Juna LeBlanc, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Panel consists of Justices Keyes, Massengale, and Lloyd. Opinion delivered by Justice Keyes.